IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STEPHEN HARVEY, | § | |
| | § | No. 675, 2014 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below: Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for New Castle County |
| | § | Cr. ID 1308004249 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: March 6, 2015
Decided: March 11, 2015

**O R D E R**

This 11th day of March 2015, it appears to the Court that the Chief Deputy Clerk issued a notice to show cause to the appellant on February 12, 2014 by certified mail and again on February 24, 2015 by first class mail. The notice directed the appellant to show cause why this appeal should not be dismissed for his failure to file his opening brief and appendix in this matter. The appellant has failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED that the appeal is DISMISSED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice